IN RE GRAND JURY PROCEEDINGS
(LEWIS, APPLICANT)

No. A–1268.   Decided July 4, 1974

MR. JUSTICE DOUGLAS, Circuit Justice.

Applicant asks for release on bail or a stay of the execution of the District Court's order committing him for contempt pending decision of his case on the merits by the Court of Appeals.   He had given the FBI copies of certain tapes and documents delivered to him by an underground group but refused to deliver the originals. So far as I am advised, he was held in contempt for that refusal.   Substantial First Amendment claims are raised under the majority ruling in *Branzburg* v. *Hayes*, 408 U. S. 665, as evident from *Gibson* v. *Florida Legislative Investigation Committee*, 372 U. S. 539, 546.   I indicate no view on the merits.   But since the applicant is a newsman entitled to all First Amendment protections and has no criminal record, I have entered an order releasing him on his personal recognizance, pending decision of his appeal by the Court of Appeals.

STATEMENT SHOWING THE NUMBER OF CASES FILED, DISPOSED OF, AND REMAINING ON DOCKETS AT CONCLUSION OF OCTOBER TERMS—1971, 1972, AND 1973

| | ORIGINAL | | | APPELLATE | | | MISCELLANEOUS | | | TOTALS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terms | 1971 | 1972 | 1973 | 1971 | 1972 | 1973 | 1971 | 1972 | 1973 | 1971 | 1972 | 1973 |
| Number of cases on dockets | 18 | 21 | 14 | 2,070 | 2,183 | 2,480 | 2,445 | 2,436 | 2,585 | 4,533 | 4,640 | 5,079 |
| Number disposed of during terms | 8 | 8 | 4 | 1,628 | 1,771 | 1,868 | 2,009 | 1,969 | 2,004 | 3,645 | 3,748 | 3,876 |
| Number remaining on dockets | 10 | 13 | 10 | 442 | 412 | 612 | 436 | 467 | 581 | 888 | 892 | 1,203 |

| | TERMS | | |
|---|---|---|---|
| | 1971 | 1972 | 1973 |
| Cases argued during term | [1]177 | 177 | 170 |
| Number disposed of by full opinions | 143 | 159 | 161 |
| Number disposed of by per curiam opinions | [2]24 | 18 | 8 |
| Number set for reargument | [3]9 | 0 | 1 |
| Cases granted review this term | [4]163 | 154 | 183 |
| Cases reviewed and decided without oral argument | 286 | 265 | 188 |
| Total cases to be available for argument at outset of following term | 99 | 76 | 89 |

[1] Includes No. 9 Orig. (pending)
[2] Includes A-483 and No. 50 Orig.
[3] Includes 4 cases which were reargued in O.T. 1971
[4] Includes A-483 and No. 9 Orig.

JULY 26, 1974